UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

v.

        Case No.: 1:08-cv-322

        HONORABLE  PAUL L. MALONEY

LINDA SUE MASON et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #25).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's Motion to Add as Defendants Cindy Caswell and K.W., a minor, and Appoint a Guardian ad Litem for K.W. (Dkt. #23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Cindy Caswell and K.W. are reinstated as defendants in this action.

**IT IS FURTHER ORDERED** that the matter is referred to Magistrate Judge Ellen S. Carmody for appointment of such guardian.


Dated: February 4, 2009               /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge