UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

vs.

LINDA SUE MASON, CINDY CASWELL,
NICOLE CASWELL, K. W. (a Minor),
and ROYAL FUNERAL HOME INC.,

        Defendants.
_____/

Case No. 1:08 CV 0322

Hon. Paul L. Maloney

Magistrate Judge Ellen S. Carmody

ORDER DISCHARGING INTERPLEADER-PLAINTIFF
METLIFE, GENERAL MOTORS CORPORATION, AND GENERAL MOTORS
LIFE AND DISABILITY BENEFITS PROGRAM FROM LIABILITY

This case having come before the Court on August 18, 2009, that parties having had the opportunity to object to the dismissal of Plaintiff Metropolitan Life Insurance Company ("MetLife"), no such objections having been filed or made, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff MetLife, after having deposited the life insurance benefits in the amount of $13,725, plus any applicable interest, that was payable under the General Motors Life and Disability Benefits Program for Hourly Employees ("Plan"), by reason of the death of Nis B. Rask ("Decedent") is now fully released of any and all liability for the life insurance benefits.

IT IS FURTHER ORDERED that MetLife, General Motors Corporation, and the Plan are fully relieved of and discharged from any and all liability with respect to the named Defendants for the life insurance benefits payable under the Plan by reason of the death of Nis B. Rask.

IT IS FURTHER ORDERED that the Defendants are enjoined and restrained from instituting any other action in any state or United States court against MetLife, General Motors Corporation (now known as Motors Liquidation Company), or the Plan for recovery of the Plan Benefits payable as a consequence of the death of the Decedent.

IT IS FURTHER ORDERED that MetLife be, and hereby is DISMISSED WITH PREJUDICE from this action without any additional award of costs, interest or attorney fees to any party.

```
                                          /s/ Paul L. Maloney
                                         Chief United States District Judge
```

Dated: September 10, 2009

00217654.WPD