UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

    Case No.: 1:08-cv-322

    HONORABLE PAUL L. MALONEY

LINDA SUE MASON, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #45). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation, as modified by this Court's adoption of the Recommendations of the Guardian ad Litem for defendant K.W. on March 30, 2010, is hereby adopted as the opinion of the Court.

**IT IS SO ORDERED**.

Dated: March 31, 2010                      /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge